[No. 8191–1–II. Division Two. December 30, 1986.]

*In the Matter of the Marriage of* RICHARD ALAN ARNESON, *Respondent, and* TERESA ANN ARNESON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–02712–9, Thomas R. Sauriol, J., entered September 28, 1984. *Remanded with instructions* by unpublished opinion per Green, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 8173–3–II. Division Two. December 30, 1986.]

THE MUTUAL FIRE, MARINE AND INLAND INSURANCE COMPANY, *Respondent,* v. WASHINGTON PUBLIC PORTS ASSOCIATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 81–2–01523–6, Carol A. Fuller, J., entered October 4, 1984. *Affirmed* by unpublished per curiam opinion.

[No. 7409–9–III. Division Three. December 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE A. BAER, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–1–00194–1, Harold D. Clarke, J., entered September 16, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Petrich, J.